UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE D. LOCKWOOD,

Plaintiff,

v.

HARRY WINDSOR, et al.,

Defendants.

No.  2:24-cv-2761 DJC SCR P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 10.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 10) are adopted in full; and

2.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is

1

DENIED;

3. The complaint is dismissed without leave to amend for frivolousness, 28 U.S.C. § 1915A(b)(1); and

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **January 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Lock2761.800